ABRAHAM LATOURETTE, Respondent, *v.* JAMES EAGER et al., Appellants.

(Argued May 4, 1875; decided June term, 1875.)

DECIDED upon the facts in the case.

*Alvin C. Bradley* for the appellants.

*F. G. Smedley* for the respondent.

EARL, C., reads for affirmance.
All concur.
Judgment affirmed.